**E-Filed 9/15/2011**

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Charles K. Verhoeven (CA Bar No. 170151)<br>  charlesverhoeven@quinnemanuel.com<br>  David L. Bilsker (CA Bar No. 152383)<br>  davidbilsker@quinnemanuel.com<br>  David A. Perlson (CA Bar No. 209502)<br>  davidperlson@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California  94111<br>Telephone:     (415) 875-6600<br>Facsimile:      (415) 875-6700<br><br>  Edward J. DeFranco (CA Bar No. 165596)<br>  eddefranco@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010<br>Telephone:     (212) 849-7000<br>Facsimile:      (212) 849-7100<br><br><br>Attorneys for Counterclaimant Motorola Mobility, Inc. | SIDLEY AUSTIN LLP<br>Richard A. Cederoth (of counsel)<br>rcederoth@sidley.com<br>David T. Pritikin (of counsel)<br>dpritikin@sidley.com<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>Bryan K. Anderson (SBN 170666)<br>bkanderson@sidley.com<br>Aaron R. Bleharski (SBN 240703)<br>ableharski@sidley.com<br>1001 Page Mill Road., Building 1<br>Palo Alto, CA 94304<br>Telephone: (650) 565-7000<br>Facsimile: (650) 565-7100<br><br><br><br><br>Attorneys for Counterclaim Defendant Microsoft Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOTOROLA MOBILITY, INC.,<br><br>          Counterclaimant,<br><br>     v.<br><br>MICROSOFT CORPORATION,<br><br>          Counterclaim Defendant. | Case No. 5:11-cv-03136-JF<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND TIME PURSUANT TO CIVIL LOCAL RULE 6-2** |

1  Having considered the parties' Joint Stipulation to Extend Time Pursuant to Civil Local
2  Rule 6-2, it is hereby ordered that the new briefing dates for Microsoft's Corporation's NOTICE
3  OF MOTION AND MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A), OR IN
4  THE ALTERNATIVE, TO STAY (Docket Item No. 39) will be as follows:

5      Opposition Due:    September 23, 2011
6      Reply Due:    September 30, 2011

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

11  DATED: 9/15/2011

The Honorable Jeremy Fogel
United States District Judge