1

2

3

4

5

UNITED STATES DISTRICT COURT

6

NORTHERN DISTRICT OF CALIFORNIA

7

SAN FRANCISCO DIVISION

8

| MOTOROLA MOBILITY, INC., | ) | Case No. 5:11-CV-03136-SC |
|---|---|---|

MOTOROLA MOBILITY, INC.,                    )   Case No. 5:11-CV-03136-SC
                                             )
            Claimant,                        )
                                             )   **[PROPOSED] ORDER GRANTING**
v.                                           )   **MICROSOFT'S MOTION FOR STAY OF**
                                             )   **DISCOVERY**
MICROSOFT CORPORATION                        )
                                             )
            Defendant.                       )
                                             )
                                             )
————————————————————————

        The Court, having considered Counterclaim Defendant Microsoft Corporation's

Motion to Stay Discovery ("Motion"), and for good cause appearing, hereby GRANTS the Motion

and stays discovery pending a ruling on Defendant's Motion to Transfer or to Stay (ECF 39).

Dated: _____          _____

                                         Hon. Samuel Conti
                                         United States District Judge