IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOTOROLA MOBILITY, INC. | ) | Case No. 11-3136 SC |
| | ) | |
| Claimant, | ) | ORDER GRANTING MOTION TO |
| | ) | CONSOLIDATE HEARINGS |
| v. | ) | |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now before the Court is Defendant Microsoft Corporation's ("Microsoft") Administrative Motion to Consolidate Hearings. ECF No. 63. Microsoft requests that the Court hear both its Motion to Transfer Case, ECF No. 39, and its Motion to Stay Discovery, ECF No. 55, on the same day. Both the Motion to Transfer Case and the Motion to Stay Discovery are fully briefed. ECF Nos. 49, 58, 60, 62. Claimant Motorola Mobility, Inc. ("Motorola") has informed the Court that it does not oppose the Motion to Consolidate Hearings. ECF No. 65. The Court, having considered Microsoft's Motion to Consolidate Hearings, and for good cause appearing, hereby GRANTS the Motion and schedules Microsoft's Motion to Transfer Case and Motion to Stay Discovery for hearing on November 18, 2011 at 10:00 A.M.

IT IS SO ORDERED.

Dated: November 3, 2011

UNITED STATES DISTRICT JUDGE